[No. 20883-1-II.     Division Two.    August 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANA MARIE GALVAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-00537-1, Barbara D. Johnson, J., entered July 2, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 20912-8-II.     Division Two.    August 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD ALBERT BENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-8-00715-1, Bruce W. Cohoe, J., entered May 16, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 21012-6-II.     Division Two.    August 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TOM D. SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-1-00099-2, F. Mark McCauley, J., entered July 15, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 21117-3-II.     Division Two.    August 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID R. HAWLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 89-1-00101-1, Joel M. Penoyar, J., entered August 30, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Bridgewater, J.